UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>AARON CONTRERAS TORRES<br><br>Defendant. | No. 24-CR-1522-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMANTION WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the Information without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Aaron Contreras Torres.

DATED: May 2, 2025

**IT IS SO ORDERED.**

_____
Hon. Cynthia Bashant, Chief Judge
United States District Court